B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Southern District of Florida | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**A.G., Inc. d/b/a Lucien Piccard, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**11-3614273** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**3301 North 29th Ave<br>Hollywood, FL**<br>ZIP Code **33020** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Broward** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☑ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☑ Debts are primarily business debts.

**Filing Fee** (Check one box)

☑ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)                                                                                                                                    **Page 2**

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **A.G., Inc. d/b/a Lucien Piccard, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**LP Watch Group, Inc.** | Case Number:<br>**10-29919** | Date Filed:<br>**7/14/10** |
| District:<br>**Southern District of Florida** | Relationship:<br>**Co-Debtor** | Judge:<br>**John K. Olson** |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

   ☐ Yes, and Exhibit C is attached and made a part of this petition.

   ■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

   ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

   ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box)

   ■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

   ■   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

   ☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes)

   ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

          _____
          (Name of landlord that obtained judgment)

          _____
          (Address of landlord)

   ☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

   ☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

   ☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10) **Page 3**

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):

**A.G., Inc. d/b/a Lucien Piccard, Inc.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Peter E. Shapiro**
Signature of Attorney for Debtor(s)

**Peter E. Shapiro  615511**
Printed Name of Attorney for Debtor(s)

**Arnstein & Lehr LLP**
Firm Name

**350 E. Las Olas Blvd., Suite 1700**
**Fort Lauderdale, FL 33301**

_____
Address

**Email: peshapiro@arnstein.com**
**954.713.7600  Fax: 954.713.7700**
Telephone Number

**July 14, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ David J. Koss**
Signature of Authorized Individual

**David J. Koss**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**July 14, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re  **A.G., Inc. d/b/a Lucien Piccard, Inc.**                          Case No. _____
                                            Debtor(s)           Chapter      **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or chapter 9*] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **American Express**<br>**P. O. Box 360001**<br>**Fort Lauderdale, FL 33336-0001** | **American Express**<br>**P. O. Box 360001**<br>**Fort Lauderdale, FL 33336-0001** | | | **11,350.00** |
| **Apple Bank**<br>**4519 13th Avenue**<br>**Brooklyn, NY 11219** | **Apple Bank**<br>**4519 13th Avenue**<br>**Brooklyn, NY 11219** | | | **21,768.74** |
| **Crystal Electronic**<br>**7th Floor, Chung Shun KNitting**<br>**1-3 Wing Yip Street**<br>**Kwai Chung, HONG KONG** | **Crystal Electronic**<br>**7th Floor, Chung Shun KNitting**<br>**1-3 Wing Yip Street**<br>**Kwai Chung, HONG KONG** | | | **38,627.83** |
| **F & K LLC**<br>**3301 North 29th Ave**<br>**Hollywood, FL 33020** | **F & K LLC**<br>**3301 North 29th Ave**<br>**Hollywood, FL 33020** | **Unpaid Rent and Loan** | | **604,606.89** |
| **Federal Express**<br>**PO Box 660481**<br>**Dallas, TX 75266** | **Federal Express**<br>**PO Box 660481**<br>**Dallas, TX 75266** | | | **36,960.47** |
| **Gordon C. & Co., Ltd.**<br>**Unit 1101-2&, 11/F Tower II**<br>**Metroplaza No. 223 Hing Fong Road**<br>**Kwai Chung, NT  HONG KONG** | **Gordon C. & Co., Ltd.**<br>**Unit 1101-2&, 11/F Tower II**<br>**Metroplaza No. 223 Hing Fong Road**<br>**Kwai Chung, NT  HONG KONG** | | | **31,769.58** |
| **Hua Liang Jewelry Co., Ltd.**<br>**Add: 2007 Room of No. 189 Dai He Road (Hui Cheng Garden)**<br>**Liwan Guangzhou, CHINA** | **Hua Liang Jewelry Co., Ltd.**<br>**Add: 2007 Room of No. 189 Dai He Road (Hui Cheng Garden)**<br>**Liwan Guangzhou, CHINA** | | | **8,983.70** |
| **JK Findings**<br>**1500 Brighton Henrietta Town Line Road**<br>**Rochester, NY 14623** | **JK Findings**<br>**1500 Brighton Henrietta Town Line Road**<br>**Rochester, NY 14623** | | | **15,281.29** |
| **Linea Italia Silver & Gold**<br>**S.S. Pasubio 159/161**<br>**36030**<br>**CostaBissara, Vicenza ITALY** | **Linea Italia Silver & Gold**<br>**S.S. Pasubio 159/161**<br>**36030**<br>**CostaBissara, Vicenza ITALY** | | **Disputed** | **275,000.00** |

**B4 (Official Form 4) (12/07) - Cont.**

In re    **A.G., Inc. d/b/a Lucien Piccard, Inc.**                                                    Case No. _____
                                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Mallah Furman<br>8211 W. Broward Blvd., Suite 340<br>Fort Lauderdale, FL 33324 | Mallah Furman<br>8211 W. Broward Blvd., Suite 340<br>Fort Lauderdale, FL 33324 | | | 36,800.00 |
| National Chain Group<br>55 Access Road<br>Warwick, RI 02886 | National Chain Group<br>55 Access Road<br>Warwick, RI 02886 | | | 8,359.11 |
| Paxta Trading Co., Ltd.<br>Unit 8-12, 30/F., Cable TV Tower<br>No. 9, Hoi Shing Road<br>Tsuen Wan, NT HONG KONG | Paxta Trading Co., Ltd.<br>Unit 8-12, 30/F., Cable TV Tower<br>No. 9, Hoi Shing Road<br>Tsuen Wan, NT HONG KONG | | | 45,816.00 |
| Plante & Moran, PLLC<br>27400 Northwest Highway<br>PO Box 307<br>Southfield, MI 48037-0307 | Plante & Moran, PLLC<br>27400 Northwest Highway<br>PO Box 307<br>Southfield, MI 48037-0307 | | | 12,500.00 |
| Planway Limited<br>Flat D, 16/F, Gee Chang Hong C<br>65 Wong Chuk Hang Road<br>Aberdeen, HONG KONG | Planway Limited<br>Flat D, 16/F, Gee Chang Hong C<br>65 Wong Chuk Hang Road<br>Aberdeen, HONG KONG | | | 593,465.50 |
| Pt. King Halim Jewelry<br>Ji Tidar 48-52 Surabaya<br>Ngoro Industi Persada KAV P1<br>Mojokerto, 61385 INDONESIA | Pt. King Halim Jewelry<br>Ji Tidar 48-52 Surabaya<br>Ngoro Industi Persada KAV P1<br>Mojokerto, 61385 INDONESIA | | | 40,424.74 |
| Sanghavi<br>550 S. Hill Street, #1070<br>Los Angeles, CA 90013 | Sanghavi<br>550 S. Hill Street, #1070<br>Los Angeles, CA 90013 | | | 132,260.68 |
| Shenzhen Zhanyuan Industry Co. Ltd.<br>Room 631, Shenzhen Int'l Cultural Bldg.<br>3039 Shennan Zhong Road<br>Shenzhen, 518033 CHINA | Shenzhen Zhanyuan Industry Co. Ltd.<br>Room 631, Shenzhen Int'l Cultural Bldg.<br>3039 Shennan Zhong Road<br>Shenzhen, 518033 CHINA | | | 227,859.70 |
| UPS Supply Chain Solutions<br>Attn: Customs Brokerage Services<br>PO Box 34486<br>Louisville, KY 40232 | UPS Supply Chain Solutions<br>Attn: Customs Brokerage Services<br>PO Box 34486<br>Louisville, KY 40232 | | | 40,083.55 |
| Weston Capital Quest<br>PO Box 267175<br>Weston, FL 33326 | Weston Capital Quest<br>PO Box 267175<br>Weston, FL 33326 | Contingent | Contingent | 250,000.00 |
| Willis of New York, Inc.<br>1040 Avenue of the Americas, 21st Floor<br>New York, NY 10018 | Willis of New York, Inc.<br>1040 Avenue of the Americas, 21st Floor<br>New York, NY 10018 | | | 14,291.00 |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **A.G., Inc. d/b/a Lucien Piccard, Inc.**                                      Case No.   _____
        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **July 14, 2010**                              Signature   **/s/ David J. Koss**

                                                                  **David J. Koss**
                                                                  **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re    **A.G., Inc. d/b/a Lucien Piccard, Inc.** _____ ,
<br>                              Debtor

Case No. _____

Chapter _____ **11** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 5 | 10,567,549.50 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 5,693,574.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 7,576.23 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 19 | | 6,262,967.04 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 30 | | | |
| Total Assets | | | 10,567,549.50 | | |
| Total Liabilities | | | | 11,964,117.27 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re **A.G., Inc. d/b/a Lucien Piccard, Inc.**
_____ ,
                                    Debtor

Case No. _____

Chapter _____ **11**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re **A.G., Inc. d/b/a Lucien Piccard, Inc.**                                                    , Case No. _____

Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
| --- | --- | --- | --- | --- |
| **None** | | | | |

| | | |
| --- | --- | --- |
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    **A.G., Inc. d/b/a Lucien Piccard, Inc.**                                    Case No. _____
_____ ,
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Cash** | - | 115.63 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Business Checking Account \*0332 Bank of America 4601 Sheridan Street Hollywood, FL  33021** | - | 3,381.07 |
| | | **Business Checking Account \*9966 Comerica Bank 500 Woodward Ave. Detroit, MI  48226** | - | Unknown |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | **Florida Power & Light Accounts 57088-89372, 69552-15410** | - | 2,000.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **General Kitchen Furniture and Supplies Location: 3301 North 29th Ave, Hollywood FL 33020** | - | Unknown |
| | | **Four Flat Screen Televisions Location: 3301 North 29th Ave, Hollywood FL 33020** | - | Unknown |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Various Industry Related Magazines Location: 3301 North 29th Ave, Hollywood FL 33020** | - | Unknown |
| | | **Non-Collectible Decorative Office Artwork (Pictures and Framed Posters) Location: 3301 North 29th Ave, Hollywood FL 33020** | - | Unknown |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | **Camera and Lighting Equipment Location: 3301 North 29th Ave, Hollywood FL 33020** | - | Unknown |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

                                                          Sub-Total >        **5,496.70**
                                                        (Total of this page)

  __4__   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **A.G., Inc. d/b/a Lucien Piccard, Inc.**                              ,    Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | None | | - | Unknown |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Due from Customers | - | 2,714,353.74 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >      **2,714,353.74**
(Total of this page)

Sheet __1__ of __4__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **A.G., Inc. d/b/a Lucien Piccard, Inc.**                                    Case No. _____
                                                                    ,
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | Lucien Piccard | - | Unknown |
| | | Dufonte (by Lucien Piccard) | - | Unknown |
| | | LP Italy | - | Unknown |
| | | Ventian Gold | - | Unknown |
| | | Maddy Emerson | - | Unknown |
| | | Maddy Emerson Couture | - | Unknown |
| | | ME Couture | - | Unknown |
| | | The World Runs on Lucien Piccard Time | - | Unknown |
| | | Arnex | - | Unknown |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | Licensor for Lucien Piccard Glass Table Top Items. Licensee is R. Siskin & Co., New York, NY | - | Unknown |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | General Office Furniture and Supplies for Approximately Twenty Offices, including desks, desk and side chairs, credenzas, bookcases, leather couch and coffee table Location: 3301 North 29th Ave, Hollywood FL 33020 | - | Unknown |

Sub-Total >                    **0.00**
(Total of this page)

Sheet    **2**    of    **4**    continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **A.G., Inc. d/b/a Lucien Piccard, Inc.**          ,      Case No. _____
                                   Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Reception area furniture including area rug**<br>Location: 3301 North 29th Ave, Hollywood FL 33020 | - | Unknown |
| | | **Approximately Twenty-Five Personal Desktop Computers**<br>Location: 3301 North 29th Ave, Hollywood FL 33020 | - | Unknown |
| | | **Approximately twelve printers**<br>Location: 3301 North 29th Ave, Hollywood FL 33020 | - | Unknown |
| | | **Approximately thirty filing cabinets**<br>Location: 3301 North 29th Ave, Hollywood FL 33020 | - | Unknown |
| | | **Seven Jewlers Work Benches**<br>Location: 3301 North 29th Ave, Hollywood FL 33020 | - | Unknown |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Four Commercial Safes**<br>Location: 3301 North 29th Ave, Hollywood FL 33020 | - | Unknown |
| | | **In Vault Racking for Products Storage**<br>Location: 3301 North 29th Ave, Hollywood FL 33020 | - | Unknown |
| | | **Four Computer Servers**<br>Location: 3301 North 29th Ave, Hollywood FL 33020 | - | Unknown |
| | | **Warehouse Forklift**<br>Location: 3301 North 29th Ave, Hollywood FL 33020 | - | Unknown |
| | | **Pallet Jack and Handtrucks**<br>Location: 3301 North 29th Ave, Hollywood FL 33020 | - | Unknown |
| | | **Rolling Wire Product Storage Racks**<br>Location: 3301 North 29th Ave, Hollywood FL 33020 | - | Unknown |
| | | **Product Storage Container Bins (Small)**<br>Location: 3301 North 29th Ave, Hollywood FL 33020 | - | Unknown |
| | | **Watch and Jewelry Repair Equipment and Supplies Including Associated Tools**<br>Location: 3301 North 29th Ave, Hollywood FL 33020 | - | Unknown |
| | | **Two Jewelry Polishing Machines**<br>Location: 3301 North 29th Ave, Hollywood FL 33020 | - | Unknown |
| | | **Rhodium DIP Plating Machine**<br>Location: 3301 North 29th Ave, Hollywood FL 33020 | - | Unknown |
| | | **Ultra Sound Bath (for jewelry cleaing)**<br>Location: 3301 North 29th Ave, Hollywood FL 33020 | - | Unknown |

Sub-Total >       **0.00**
(Total of this page)

Sheet __3__ of __4__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **A.G., Inc. d/b/a Lucien Piccard, Inc.**                                     ,          Case No. _____
                                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Two Product Label/Tagging Machines** **Location: 3301 North 29th Ave, Hollywood FL 33020** | - | **Unknown** |
| 30.  Inventory. | | **On site** **Location: 3301 North 29th Ave, Hollywood FL 33020** | - | **6,602,310.02** |
| | | **On Consignment** | - | **1,245,389.04** |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |

| | Sub-Total > | **7,847,699.06** |
|---|---|---|
| | (Total of this page) | |
| | Total > | **10,567,549.50** |

Sheet __4__ of __4__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re  **A.G., Inc. d/b/a Lucien Piccard, Inc.**                                             Case No. _____
                                                      Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Comerica Bank**<br>**500 Woodward Ave**<br>**Detroit, MI 48226** | X | - | **All personal proerty including accounts, inventory, commercial tort claims, contract rights, deposit accounts, equipment, fixtures, general intangibles**<br><br>Value $            **Unknown** | | | X | **5,693,574.00** | **Unknown** |
| Account No.<br><br><br><br> | | | <br><br>Value $ | | | | | |
| Account No.<br><br><br><br> | | | <br><br>Value $ | | | | | |
| Account No.<br><br><br><br> | | | <br><br>Value $ | | | | | |

| | | |
|---|---|---|
| **0**   continuation sheets attached | Subtotal<br>(Total of this page) | **5,693,574.00** | **0.00** |
| | Total<br>(Report on Summary of Schedules) | **5,693,574.00** | **0.00** |

**B6E (Official Form 6E) (4/10)**

.

In re    **A.G., Inc. d/b/a Lucien Piccard, Inc.**                    ,    Case No. _____
                                  Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

\_\_\_\_**1**\_\_\_\_ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re __A.G., Inc. d/b/a Lucien Piccard, Inc._____ ,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. **Broward County Tax** PO Box 29009 Fort Lauderdale, FL 33302-9009 | - | | | | Personal Property Tax | | | | 7,576.23 | 7,576.23 |
| | | | | | | | | | 7,576.23 | 0.00 |
| Account No. **Florida Department of Revenue** 5050 W. Tennessee Street Tallahassee, FL 32399-0135 | - | | | | Sales Tax | | | | Unknown | Unknown |
| | | | | | | | | | Unknown | Unknown |
| Account No. | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| Account No. | | | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 7,576.23 | 7,576.23 |
|---|---|---|---|
| | | 7,576.23 | 0.00 |
| | Total (Report on Summary of Schedules) | 7,576.23 | 7,576.23 |
| | | 7,576.23 | 0.00 |

B6F (Official Form 6F) (12/07)

In re   **A.G., Inc. d/b/a Lucien Piccard, Inc.**                                    ,        Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **123 EDI** <br> **2700 N. 29th Ave., Suite 204** <br> **Hollywood, FL 33020** | - | | | | | | 2,334.71 |
| Account No. <br><br> **American Express** <br> **P. O. Box 360001** <br> **Fort Lauderdale, FL 33336-0001** | - | | | | | | 11,350.00 |
| Account No. <br><br> **American Le Mans Series** <br> **1394 Broadway Ave.** <br> **Braselton, GA 30517** | - | | | | | X | **Unknown** |
| Account No. <br><br> **Amsan** <br> **PO Box 404468** <br> **Atlanta, GA 30384-4468** | - | | | | | | 97.02 |
| __18__   continuation sheets attached | | | Subtotal <br> (Total of this page) | | | | 13,781.73 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          S/N:36144-100329    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __A.G., Inc. d/b/a Lucien Piccard, Inc._____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Apple Bank 4519 13th Avenue Brooklyn, NY 11219 | | - | | | | | | 21,768.74 |
| Account No. | | | | | | | | |
| AT&T P.O. Box 105262 Atlanta, GA 30348 | | - | | | | | | 1,670.44 |
| Account No. | | | | | | | | |
| Avery Dennison 15178 Collections Center Drive Chicago, IL 60693 | | - | | | | | | 2,350.08 |
| Account No. | | | | | | | | |
| BeModa LLC 11125 Knott Ave, Suite F Cypress, CA 90630 | | - | | | | | | 1,240.34 |
| Account No. | | | | | | | | |
| Best Silver, Inc. 1220 Broadway, Suite 205 New York, NY 10001 | | - | | | | | | 3,470.85 |

Sheet no. __1___ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

30,500.45

B6F (Official Form 6F) (12/07) - Cont.

In re   **A.G., Inc. d/b/a Lucien Piccard, Inc.**          ,      Case No. _____

                           Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Bill Scott Drywall, Inc.**<br>**3340 NW 66th Street**<br>**Fort Lauderdale, FL 33309** | - | | | | | | **7,562.00** |
| Account No. <br><br>**Brink's Inc.**<br>**PO Box 651696**<br>**Charlotte, NC 28265** | - | | | | | | **3,130.00** |
| Account No. <br><br>**Brody & Associates, P.A.**<br>**One Turnberry Place**<br>**19495 Biscayne Blvd., #850**<br>**Miami, FL 33180** | - | | | | | | **Unknown** |
| Account No. <br><br>**C.R. Time Company**<br>**431 Isom Road, Suite 109**<br>**San Antonio, TX 78216** | - | | | | | | **Unknown** |
| Account No. <br><br>**Choon Jewelry Co., Ltd.**<br>**23/22-25, 23/42-43 Mu 6 Soi**<br>**Sinneramit Mubaan Sethakij**<br>**Bangkok  10160 THAILAND** | - | | | | | | **0.01** |

Sheet no. __2__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

        Subtotal
    (Total of this page)     **10,692.01**

B6F (Official Form 6F) (12/07) - Cont.

In re   **A.G., Inc. d/b/a Lucien Piccard, Inc.** ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **City of Hollywood** **Utility Bill Processing Center** **PO Box 229187** **Hollywood, FL 33022-9187** | - | | | | | | 731.97 |
| Account No. | | | | | | | |
| **Comerica Commerical Card Services** **PO Box 551669** **Detroit, MI 48255** | - | | | | | | 8,208.37 |
| Account No. | | | | | | | |
| **CPGA, LLC. -R7** **1623 Allesandro Street** **Dmitry** **Los Angeles, CA 90026** | - | | | | | | Unknown |
| Account No. | | | | | | | |
| **Crystal Electronic** **7th Floor, Chung Shun KNitting** **1-3 Wing Yip Street** **Kwai Chung, HONG KONG** | - | | | | | | 38,627.83 |
| Account No. | | | | | | | |
| **D.N.C. Industrial Corp., Ltd.** **Ying Sheng Metal & Plastic Pro** **#10 Huasheng Rd., Dalang Village** **Shen Zhen, 518109 CHINA** | - | | | | | | Unknown |

Sheet no. __3__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

47,568.17

B6F (Official Form 6F) (12/07) - Cont.

In re    **A.G., Inc. d/b/a Lucien Piccard, Inc.** ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Data2 Corporation** <br> **PO Box 790379** <br> **Saint Louis, MO 63179** | - | | | | | | | **Unknown** |
| Account No. <br><br> **David Koss** <br> **160 South Island** <br> **Golden Beach, FL 33160** | - | | | | | | | **51.25** |
| Account No. <br><br> **Devcon Security Service** <br> **PO Box 538675** <br> **Atlanta, GA 30353-8675** | - | | | | | | | **2,714.15** |
| Account No. <br><br> **Dinsmore & Shohl, LLP** <br> **255 East Fifth Street, Suite 1900** <br> **Cincinnati, OH 45202** | - | | | | | | X | **1,831.08** |
| Account No. <br><br> **Double J. Custom Brokers** <br> **PO Box 822098** <br> **Pembroke Pines, FL 33028** | - | | | | | | | **200.00** |

Sheet no. __4__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **4,796.48**

B6F (Official Form 6F) (12/07) - Cont.

In re    **A.G., Inc. d/b/a Lucien Piccard, Inc.**                 ,    Case No. _____

                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Elena Koss<br>160 South Island<br>Golden Beach, FL 33160 | | - | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| Eric Potter Clarkson<br>Park View House<br>58 The Ropewalk<br>Nottingham, UK  NG15DD UNITED KINGDOM | | - | | | | | X | **4,769.00** |
| Account No. | | | | Unpaid Rent and Loan | | | | |
| F & K LLC<br>3301 North 29th Ave<br>Hollywood, FL 33020 | | - | | | | | | **604,606.89** |
| Account No. | | | | | | | | |
| Fantasy S.R.L.<br>Via Aldo Moro, 27/29<br>52010 Capolona (Arezzo) ITALY | | - | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| Federal Express<br>PO Box 660481<br>Dallas, TX 75266 | | - | | | | | | **36,960.47** |

Sheet no. __**5**__ of __**18**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                      Subtotal<br>                                (Total of this page)     **646,336.36**

B6F (Official Form 6F) (12/07) - Cont.

In re    **A.G., Inc. d/b/a Lucien Piccard, Inc.**                                    ,        Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| FedEx National LTL P.O. Box 95001 Lakeland, FL 33804 | - | | | | | | | 371.42 |
| Account No. | | | | | | | | |
| Florida Power & Light Company General Mail Facility Miami, FL 33188 | - | | | | | | | 2,827.58 |
| Account No. | | | | | | | | |
| Fuller Box Company 150 Chestnut Street PO Box 9 North Attleboro, MA 02761 | - | | | | | | | 3,689.04 |
| Account No. | | | | | | | | |
| Gilbert Displays, Inc. 110 Spagnoli Road Melville, NY 11747 | - | | | | | | | 8,000.00 |
| Account No. | | | | | | | | |
| Gli Ori Di Venezia Via Manin, 60 Via Rampa Cavalcia 26/A Int 6 Mestre/Venezia 30172 ITALY | - | | | | | | | 2,585.99 |

Sheet no. __6__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        17,474.03

B6F (Official Form 6F) (12/07) - Cont.

In re    **A.G., Inc. d/b/a Lucien Piccard, Inc.**                                    ,        Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | | | | | |
| Gordon C. & Co., Ltd. Unit 1101-2&, 11/F Tower II Metroplaza No. 223 Hing Fong Road Kwai Chung, NT  HONG KONG | - | | | | | | | 31,769.58 |
| Account No. | | | | | | | | |
| Gowling Laffeur Henderson LLP 160 Elgin Street, Suite 2600 Ottawa, Ontario K1P 1C3 CANADA | - | | | | | | | 629.65 |
| Account No. | | | | | | | | |
| Grand Talent Ltd. Units A&B, 17/F, Golden Sun Center 59-67 Bonham Strand West Sheung Wan, HONG KONG | - | | | | | | | Unknown |
| Account No. | | | | | | | | |
| Hovon Watch and Jewelery Co., Ltd. A8 & A10, 2/F, Blk A., Tonic Indus. Ctr. 26 Kai Cheung Road Kowloon Bay, Kowloon, HONG KONG | - | | | | | | | 2,426.00 |
| Account No. | | | | | | | | |
| Hua Liang Jewelry Co., Ltd. Add: 2007 Room of No. 189 Dai He Road (Hui Cheng Garden) Liwan Guangzhou, CHINA | - | | | | | | | 8,983.70 |

Sheet no. _**7**_ of _**18**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **43,808.93**

B6F (Official Form 6F) (12/07) - Cont.

In re    **A.G., Inc. d/b/a Lucien Piccard, Inc.**                                    ,    Case No. _____
                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Impenco LTEE, Ltd.** **240 Guizot Street, West** **Montreal, Quebec H2P 1L5  CANADA** | - | | | | | | 2,316.45 |
| Account No. | | | | | | | |
| **Jade International (Far East) Ltd.** **Unit B 10/F Park Avenue Tower** **5 Moreton Terrace** **Causeway Bay HONG KONG** | | | | | | | 83.30 |
| Account No. | | | | | | | |
| **JBK Trading, Inc.** **228 Fairmont Way** **Fort Lauderdale, FL 33326** | - | | | | | | 179.90 |
| Account No. | | | | | | | |
| **JK Findings** **1500 Brighton Henrietta Town Line Road** **Rochester, NY 14623** | - | | | | | | 15,281.29 |
| Account No. | | | | | | | |
| **JKW LLC** **620 McCully Street, #705** **Honolulu, HI 96826** | - | | | | | | Unknown |

Sheet no. __8__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

17,860.94

B6F (Official Form 6F) (12/07) - Cont.

In re   **A.G., Inc. d/b/a Lucien Piccard, Inc.**
_____ ,    Case No. _____
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **Key Equipment Finance** PO Box 74713 Cleveland, OH 44194-0796 | - | | | | | | | **3,429.22** |
| Account No. **Kingstone** 10 West 46th Street, 8th Floor New York, NY 10036 | - | | | | | | | **Unknown** |
| Account No. **L.A. Times Trading Inc.** 1335 S. Hill Street Los Angeles, CA 90015 | - | | | | | | | **Unknown** |
| Account No. **LAU International, Inc.** 36 NE First Street, Suite 438 Miami, FL 33132 | - | | | | | | | **6,002.21** |
| Account No. **Law Offices of Gable & Heidt** South Tower, Suite 735 4000 Hollywood Blvd. Hollywood, FL 33021-6755 | - | | | | | | | **3,908.46** |

Sheet no. __9__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **13,339.89**

B6F (Official Form 6F) (12/07) - Cont.

In re    **A.G., Inc. d/b/a Lucien Piccard, Inc.**
                                                            , Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| **Lexus Financial Services** **PO Box 17187** **Baltimore, MD 21297-0511** | - | | | | | | | 158.88 |
| Account No. | | | | | | | | |
| **Linea Italia Silver & Gold** **S.S. Pasubio 159/161** **36030** **CostaBissara, Vicenza ITALY** | - | | | | | | X | 275,000.00 |
| Account No. | | | | | | | | |
| **MALCA-AMIT** **36 N.E. 1st Street, Suite 402** **Miami, FL 33132** | - | | | | | | | 2,021.60 |
| Account No. | | | | | | | | |
| **Malin, Haley & Dimaggio, P.A.** **1936 South Andrews Ave.** **Fort Lauderdale, FL 33316** | - | | | | | | | 8,000.00 |
| Account No. | | | | | | | | |
| **Mallah Furman** **8211 W. Broward Blvd., Suite 340** **Fort Lauderdale, FL 33324** | - | | | | | | | 36,800.00 |

Sheet no. __10__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

321,980.48

B6F (Official Form 6F) (12/07) - Cont.

In re **A.G., Inc. d/b/a Lucien Piccard, Inc.** , Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Michelle Lowe 3301 N. 29th Ave Hollywood, FL 33020 | - | | | | | | | 39.38 |
| Account No. | | | | | | | | |
| National Chain Group 55 Access Road Warwick, RI 02886 | - | | | | | | | 8,359.11 |
| Account No. | | | | | | | | |
| Neil Mergler 15431 SW 14th Street Sunrise, FL 33326 | - | | | | | | | 1,828.50 |
| Account No. | | | | | | | | |
| Office Depot Credit Plan P.O BOX 689020 Des Moines, IA 50368-9020 | - | | | | | | | 4,753.60 |
| Account No. | | | | | | | | |
| Paxta Trading Co., Ltd. Unit 8-12, 30/F., Cable TV Tower No. 9, Hoi Shing Road Tsuen Wan, NT HONG KONG | - | | | | | | | 45,816.00 |

Sheet no. __11__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

60,796.59

B6F (Official Form 6F) (12/07) - Cont.

In re   **A.G., Inc. d/b/a Lucien Piccard, Inc.** _____,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Personally Yours Staffing** PO Box 267085 Fort Lauderdale, FL 33326 | - | | | | | | 882.73 |
| Account No. **PIP Printing** 5303 NW 35th Terrace Fort Lauderdale, FL 33309 | - | | | | | | 4,064.70 |
| Account No. **Plante & Moran, PLLC** 27400 Northwest Highway PO Box 307 Southfield, MI 48037-0307 | - | | | | | | 12,500.00 |
| Account No. **Planway Limited** Flat D, 16/F, Gee Chang Hong C 65 Wong Chuk Hang Road Aberdeen, HONG KONG | - | | | | | | 593,465.50 |
| Account No. **Providence Chain Company** PO Box 845035 Boston, MA 02284-5035 | - | | | | | | 2,012.21 |

Sheet no. __12__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

612,925.14

B6F (Official Form 6F) (12/07) - Cont.

In re    **A.G., Inc. d/b/a Lucien Piccard, Inc.**                                              ,    Case No. _____
                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Pt. King Halim Jewelry** **Ji Tidar 48-52 Surabaya** **Ngoro Industi Persada KAV P1** **Mojokerto, 61385 INDONESIA** | - | | | | | | | 40,424.74 |
| Account No. | | | | | | | | |
| **Rachlin LLP** **One Southeast Third, 10th Floor** **Miami, FL 33131** | - | | | | | | X | 1,843.00 |
| Account No. | | | | | | | | |
| **Reamirra S.R.L.** **Mod. N. 115 Edificio Smeraldo** **Marcianise, Caserta  ITALY** | - | | | | | | | Unknown |
| Account No. | | | | | | | | |
| **Riverside Paper Co.** **PO Box 133650** **Hialeah, FL 33013** | - | | | | | | | 2,882.91 |
| Account No. | | | | | | | | |
| **Sanghavi** **550 S. Hill Street, #1070** **Los Angeles, CA 90013** | - | | | | | | | 132,260.68 |

Sheet no. __13__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

177,411.33

B6F (Official Form 6F) (12/07) - Cont.

In re __A.G., Inc. d/b/a Lucien Piccard, Inc._____,    Case No. _____
                                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Sheldon Gittleson, CPA, PA 1100 N.E. 163rd Street, Suite 401 Miami, FL 33162 | - | | | | | | 1,000.00 |
| Account No. | | | | | | | |
| Shenzhen Zhanyuan Industry Co. Ltd. Room 631, Shenzhen Int'l Cultural Bldg. 3039 Shennan Zhong Road Shenzhen, 518033 CHINA | - | | | | | | 227,859.70 |
| Account No. | | | | | | | |
| Siemens Building 10111 Business Drive Miramar, FL 33025 | - | | | | | | 1,905.34 |
| Account No. | | | | | | | |
| Snelling Staffing PO Box 1159 Eatontown, NJ 07724 | - | | | | | | 4,233.20 |
| Account No. | | | Loan | | | | |
| Sol Friedman 3301 North 29th Avenue Hollywood, FL 33020 | - | | | | | | 3,683,845.06 |

Sheet no. __14__ of __18__ sheets attached to Schedule of                              Subtotal
Creditors Holding Unsecured Nonpriority Claims                                      (Total of this page)   | 3,918,843.30

B6F (Official Form 6F) (12/07) - Cont.

In re **A.G., Inc. d/b/a Lucien Piccard, Inc.** _____ , Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **STG Computer** <br> **1 East Broward Blvd., Suite 700** <br> **Fort Lauderdale, FL 33301** | - | | | | | | 7,000.00 |
| Account No. <br><br> **STS Telecom** <br> **PO Box 822270** <br> **Pembroke Pines, FL 33082** | - | | | | | | 1,580.73 |
| Account No. <br><br> **Sy Kessler Sales Inc.** <br> **10455 Olympic Drive** <br> **Dallas, TX 75220** | - | | | | | | 685.64 |
| Account No. <br><br> **Tricia Sadd** <br> **1190 Seminole Drive** <br> **Fort Lauderdale, FL 33304** | - | | | | | | 144.50 |
| Account No. <br><br> **UPS** <br> **P.O. BOX 7247-0244** <br> **Philadelphia, PA 19170** | - | | | | | | 13.58 |

Sheet no. _**15**_ of _**18**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    9,424.45

B6F (Official Form 6F) (12/07) - Cont.

In re   **A.G., Inc. d/b/a Lucien Piccard, Inc.** ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| UPS Supply Chain Solutions Attn: Customs Brokerage Services PO Box 34486 Louisville, KY 40232 | - | | | | | | | 40,083.55 |
| Account No. | | | | | | | | |
| Verizon Wireless PO Box 660108 Dallas, TX 75266-0108 | - | | | | | | | 232.65 |
| Account No. | | | | | | | | |
| Waste Management PO Box 105453 Atlanta, GA 30348-5453 | - | | | | | | | 3,124.62 |
| Account No. | | | | | | | | |
| Waste Service of Florida 3840 NW 37th Court Miami, FL 33135 | - | | | | | | | 425.32 |
| Account No. | | | | | | | | |
| Wells Fargo Financial PO Box 6434 Carol Stream, IL 60197-6434 | - | | | | | | | 4,288.00 |

Sheet no. __16__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

48,154.14

B6F (Official Form 6F) (12/07) - Cont.

In re **A.G., Inc. d/b/a Lucien Piccard, Inc.** ,    Case No. _____
                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Weston Capital Quest** **PO Box 267175** **Weston, FL 33326** | - | | | | X | | | 250,000.00 |
| Account No. | | | | | | | | |
| **Willis of New York, Inc.** **1040 Avenue of the Americas, 21st Floor** **New York, NY 10018** | - | | | | | | | 14,291.00 |
| Account No. | | | | | | | | |
| **Wittlin, Dry & Dry, CPA'S, P.A.** **8411 W. Oakland Park Blvd.** **Sunrise, FL 33351** | - | | | | | | | 2,900.00 |
| Account No. | | | | | | | | |
| **Wood Business Products** **5350 NW 35th Terrace, Suite 101** **Fort Lauderdale, FL 33309** | - | | | | | | | 81.62 |
| Account No. | | | | | | | | |
| **Xinbin Pearl Co., Ltd.** **GA No. 6 Liwan Plaza** **Guangzhou, CHINA** | - | | | | | | | 0.00 |

Sheet no. __17__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

267,272.62

B6F (Official Form 6F) (12/07) - Cont.

In re    **A.G., Inc. d/b/a Lucien Piccard, Inc.**                                    ,    Case No. _____
                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.** | | | | | | | | |
| **Zhangjiagang City Daking Jewellery No. 18 Jianghai Road South Nansha, Zhangjiagang Jiangsu, 215632 CHINA** | - | | | | | | | **0.00** |
| **Account No.** | | | | | | | | |
| | | | | | | | | |
| **Account No.** | | | | | | | | |
| | | | | | | | | |
| **Account No.** | | | | | | | | |
| | | | | | | | | |
| **Account No.** | | | | | | | | |
| | | | | | | | | |

Sheet no. __18__ of __18__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal (Total of this page) | **0.00** |
|---|---|---|
| | Total (Report on Summary of Schedules) | **6,262,967.04** |

B6G (Official Form 6G) (12/07)

In re    **A.G., Inc. d/b/a Lucien Piccard, Inc.** _____ ,    Case No. _____
                                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Devcon Security Service**<br>**3880 N. 28th Terrace**<br>**Hollywood, FL 33020** | **Security Services Contract** |
| **F & K LLC**<br>**3301 North 29th Ave**<br>**Hollywood, FL 33020** | **lease of premises** |
| **Gilbert Displays, Inc.**<br>**110 Spagnoli Road**<br>**Melville, NY 11747** | **Trade Show Display Storage Contract** |
| **Key Equipment Finance**<br>**11030 Circle Point Road, 2nd Floor**<br>**Westminster, CO 80020** | **Finance Contract for Software Purchase** |
| **Lexus Financial Services**<br>**PO Box 17187**<br>**Baltimore, MD 21297-0511** | **2009 Lexus E 350** |
| **M & T Credit Services, LLC**<br>**PO Box 62176**<br>**Baltimore, MD 21264** | **Finance Purchase of Trade Show Display** |
| **Orkin Pest Control**<br>**PO Box 22780**<br>**Fort Lauderdale, FL 33335** | **Pest Control Contract** |
| **The JCK Show--Las Vegas 2011**<br>**c/o Reed Exhibitions**<br>**PO Box 7247-7585**<br>**Philadelphia, PA 19170** | **Contract for trade show.** |
| **Thermal Concepts**<br>**2201 College Avenue**<br>**Davie, FL 33317** | **Air Conditioning Maintenance Contract** |
| **Waste Management**<br>**3757 Coral Tree Circle**<br>**Coconut Creek, FL 33073** | **Contract for Sanitation Services** |
| **Wells Fargo Financial Leasing**<br>**PO Box 6434**<br>**Carol Stream, IL 60197-6434** | **Lease for two copiers** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re **A.G., Inc. d/b/a Lucien Piccard, Inc.** _____,    Case No. _____
                                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Charles Winston Luxury Group, LLC**<br>**3301 N. 29th Ave**<br>**Hollywood, FL 33020** | **Comerica Bank**<br>**500 Woodward Ave**<br>**Detroit, MI 48226** |
| **LP Watch Group, Inc.**<br>**3301 N. 29th Ave**<br>**Hollywood, FL 33020** | **Various Trade Creditors** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re    **A.G., Inc. d/b/a Lucien Piccard, Inc.**                                    Case No. _____

                                            Debtor(s)                      Chapter    **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**32**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    **July 14, 2010**                          Signature    **/s/ David J. Koss**

                                                **David J. Koss**
                                                **President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
                        18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Southern District of Florida

In re  **A.G., Inc. d/b/a Lucien Piccard, Inc.** _____  Case No. _____

                                    Debtor(s)  Chapter  **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| **$4,223,583.88** | **2010 SALES YTD** |
| **$9,320,587.91** | **2009 SALES** |
| **$11,469,561.89** | **2008 SALES** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT        SOURCE

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

    a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **F & K LLC**<br>**3301 North 29th Ave**<br>**Hollywood, FL 33020** | **May 10, 2010, June 10, 2010** | **$30,000.00** | **$604,606.89** |
| **LAU International, Inc.**<br>**36 NE First Street, Suite 438**<br>**Miami, FL 33132** | **April 12, 2010, July 1, 2010** | **$31,656.00** | **$6,002.21** |
| **Hua Liang Jewelry Co., Ltd.**<br>**Add: 2007 Room of No. 189**<br>**Dai He Road (Hui Cheng Garden)**<br>**Liwan Guangzhou, CHINA** | **April 26, 2010, May 10, 2010, May 17, 2010, June 17, 2010, June 28, 2010** | **$125,438.00** | **$8,983.70** |
| **Planway Limited**<br>**Flat D, 16/F, Gee Chang Hong C**<br>**65 Wong Chuk Hang Road**<br>**Aberdeen, HONG KONG** | **April 14, 2010, April 28, 2010, May 10, 2010, May 14, 2010, Jun 17, 2010, July 8, 2010** | **$260,407.00** | **$593,465.50** |
| **Zhangjiagang City Daking**<br>**No. 18 Jianghai Road South**<br>**Nansha, Zhangjiagang**<br>**Jiangsu, 215632 CHINA** | **April 26, 2010** | **$8,691.60** | **$0.00** |
| **Payal Diamonds, Inc.**<br>**10 West 46 Street, Suite 1701**<br>**New York, NY 10036** | **April 26, 2010** | **$8,995.70** | **$0.00** |
| **Federal Express**<br>**PO Box 660481**<br>**Dallas, TX 75266** | **April 27, 2010, May 13, 2010, May 28, 2010, JUne 24, 2010** | **$112,078.53** | **$36,960.47** |
| **Xinbin Pearl Co., Ltd.** | **April 28, 2010** | **$6,815.00** | **$0.00** |
| **BeModa LLC**<br>**11125 Knott Ave, Suite F**<br>**Cypress, CA 90630** | **April 28, 2010** | **$9,093.51** | **$1,240.34** |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Shenzhen Zhanyuan Industry Co., Ltd.**<br>**Room 631, Shenzhen Int'l Cultural Bldg.**<br>**3039 Shennan Zhong Road**<br>**Shenzhen, 518033 CHINA** | **April 29, 2010, July 6, 2010** | **$17,500.00** | **$227,859.70** |
| **Strong Trading, Inc.**<br>**1245 East Factory Place**<br>**Los Angeles, CA 90013** | **May 5, 2010** | **$8,706.14** | **$0.00** |
| **D.N.C. Industrial Corp., Ltd.**<br>**Ying Sheng Metal & Plastic Pro**<br>**#10 Huasheng Rd., Dalang Village**<br>**Shen Zhen, 518109 CHINA** | **May 7, 2010** | **$16,000.00** | **$0.00** |
| **Gli Ori Di Venezia**<br>**Via Manin, 60 Via Rampa**<br>**Cavalcia 26/A Int 6**<br>**Mestre/Venezia 30172 ITALY** | **May 7, 2010** | **$16,256.00** | **$0.00** |
| **Crystal Electronic**<br>**7th Floor, Chung Shun KNitting**<br>**1-3 Wing Yip Street**<br>**Kwai Chung, HONG KONG** | **May 10, 2010, May 17, 2010** | **$30,000.00** | **$38,627.83** |
| **Sanghavi**<br>**550 S. Hill Street, #1070**<br>**Los Angeles, CA 90013** | **May 15, 2010, June 1, 2010,**<br>**July 1, 2010** | **$65,000.00** | **$132,260.68** |
| **Great American Advisory Group**<br>**21860 Burbank Blvd., SUite 300**<br>**Woodland Hills, CA 91367** | **May 28, 2010** | **$5,750.00** | **$0.00** |
| **Fantasy S.R.L.**<br>**Via Aldo Moro, 27/29**<br>**52010 Capolona (Arezzo) ITALY** | **June 21, 2010** | **$10,932.60** | **$0.00** |
| **L.A. Times Trading Inc.**<br>**1335 S. Hill Street**<br>**Los Angeles, CA 90015** | **June 22, 2010** | **$40,000.00** | **$0.00** |
| **JK Findings**<br>**1500 Brighton Henrietta Town Line Road**<br>**Rochester, NY 14623** | **June 23, 2010** | **$11,413.97** | **$15,281.29** |
| **Pt. King Halim Jewelry**<br>**Ji Tidar 48-52 Surabaya**<br>**Ngoro Industi Persada KAV P1**<br>**Mojokerto, 61385 INDONESIA** | **June 24, 2010, June 28,**<br>**2010** | **$30,731.72** | **$40,424.74** |
| **Bidz.com**<br>**3562 Eastham Drive**<br>**Culver City, CA 90232** | **July 8, 2010, July 8, 2010** | **$18,829.08** | **$0.00** |
| **Arnstein & Lehr, LLP**<br>**200 E. Las Olas Blvd., Suite 1700**<br>**Fort Lauderdale, FL 33301** | **July 8, 2010** | **$12,500.00** | **$0.00** |

None
☐

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

4

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Sol Friedman**<br>**3301 N. 29th Ave**<br>**Hollywood, FL 33020**<br>    **Owner** | **August 11, 2009, September 1, 2009, September 11, 2009, October 5, 2009, October 13, 2009, November 2, 2009, November 25, 2009, December 1, 2009, December 18, 2009, January 13, 2010, January 25, 2010, February 15, 2010, March 10, 2010, April 9, 2010, April 27, 2010, April 30, 2010** | **$195,824.64** | **$3,683,845.06** |
| **Charles Winston Luxury Group, LLC**<br>**3301 North 29th Ave**<br>**Hollywood, FL 33020**<br>    **Affiliate** | **7/13, 24, 29, 31/2010, 8/13, 18, 19, 20, 27/2010, 9/1, 3, 9, 14, 15, 21, 25/2010, 10/1, 5, 6, 15, 16, 19, 27, 29, 30/2010, 11/4, 13, 16, 27, 30/2010, 12/8, 15, 16, 24, 30, 31/2010, 1/13/2010, 2/5, 18, 24/2010, 3/5, 9, 17, 19/2010, 4/1, 2, 14, 28, 28/2010, 5/10, 14, 21, 28/2010, 6/9, 10/2010** | **$414,216.60** | **$0.00** |

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Lucien Piccard, Inc. v. Michael Burns  Case No.: 10-3247** | **Dispute for the return of a refundable deposit due to non performance** | **County Court, Hollywood, Florida** | |

None
■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**5. Repossessions, foreclosures and returns**

None
■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

5

**6. Assignments and receiverships**

None
■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
■   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
■   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Arnstein & Lehr, LLP 200 E. Las Olas Blvd., Suite 1700 Fort Lauderdale, FL 33301** | **July 12, 2010, LP Watch Group, Inc.** | **$75,000 (aggregate)** |
| **Arnstein & Lehr, LLP 200 E. Las Olas Blvd., Suite 1700 Fort Lauderdale, FL 33301** | **July 13, 2010, Sol Friedman** | **$10,000 (aggregate)** |

6

**10. Other transfers**

None
■

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None
■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

**11.  Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12.  Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13.  Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14.  Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

8

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|---------|--------------------|----------------------------|

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                  ADDRESS


The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------------------|--------------------------|
| David J. Koss<br>3301 N. 29th Avenue<br>Hollywood, FL 33020 | June 2004 to present |
| Risa Johns<br>3301 North 29th Avenue<br>Hollywood, FL 33020 | May 2003 to present |
| Michelle Lowe<br>3301 North 29th Ave.<br>Hollywood, FL 33020 | March 2003 to present |
| Devajyoti Dhar<br>3301 North 29th Ave<br>Hollywood, FL 33020 | February 2008 to present |

None
☐    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|--------------------------|
| Mallah Furman | 8211 W. Broward Blvd., Suite 340<br>Fort Lauderdale, FL 33324 | |
| Rachlin LLP | One Southeast Third, 10th Floor<br>Miami, FL 33131 | |
| Witlin, Dry & Dry, CPA'S, P.A. | 8411 W. Oakland Park Blvd.<br>Sunrise, FL 33351 | |

None
■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                  ADDRESS

None
☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Comerica Bank**<br>**500 Woodward Ave**<br>**Detroit, MI 48226** | |
| **Wachovia Bank** | |
| **JP Morgan-Chase** | |
| **Bank Atlantic** | |
| **Bank United** | |
| **Ocean Bank** | |
| **SunTrust** | |
| **KeyBank** | |
| **Royal Bank of Canada** | |
| **BB &T** | |
| **First Southern Bank** | |
| **Citibank** | |
| **SunAmerican Bank/First Citizens Bank** | |
| **CIT Commercial Services** | |
| **Gibraltar Private Bank** | |
| **City National Bank** | |
| **US Century Bank** | |
| **First Capital** | |
| **National Securities** | |
| **First Business Capital Group** | |
| **Oberon Securities** | |
| **SMK Asset Advisors** | |
| **Weston Capital Quest** | |
| **Source Capital** | |

NAME AND ADDRESS
**Florida Mezzanine Funding**

DATE ISSUED

---

**20. Inventories**

None
☐

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| **July 9, 2010** | **Michelle Lowe** | **7,847,699.06** |

None
☐

b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **July 9, 2010** | **Michelle Lowe**<br>**3301 North 29th Avenue**<br>**Hollywood, FL 33020** |

---

**21 . Current Partners, Officers, Directors and Shareholders**

None
■

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
☐

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Sol Friedman**<br>**3301 North 29th Ave**<br>**Hollywood, FL 33020** | **Owner** | **100% Ownership** |
| **David J. Koss**<br>**3301 N. 29th Avenue**<br>**Hollywood, FL 33020** | **President** | **0%** |
| **Elena Koss**<br>**3301 North 29th Ave**<br>**Hollywood, FL 33020** | **Executive Vice President** | **0%** |

---

**22 . Former partners, officers, directors and shareholders**

None
■

a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■

b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None ■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None ■    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date    **July 14, 2010**      Signature    **/s/ David J. Koss**

                                                   **David J. Koss**

                                                   **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Southern District of Florida

In re      **A.G., Inc. d/b/a Lucien Piccard, Inc.**                                              ,      Case No. _____

                                                                        Debtor

                                                                                      Chapter_____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| **Sol Friedman<br>3301 N. 29th Ave<br>Hollywood, FL 33020** | | | **100 % Ownership** |

# DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date_____**July 14, 2010**_____            Signature__**/s/ David J. Koss**_____

                                                                        **David J. Koss**
                                                                        **President**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

____**0**____ continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Southern District of Florida

In re  __A.G., Inc. d/b/a Lucien Piccard, Inc.__             Case No.  _____

                                                  Debtor(s)                  Chapter  __11__

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  __July 14, 2010__                  __/s/ David J. Koss__

                                                **David J. Koss/President**
                                                Signer/Title

123 EDI
2700 N. 29th Ave., Suite 204
Hollywood, FL 33020

American Express
P. O. Box 360001
Fort Lauderdale, FL 33336-0001

American Le Mans Series
1394 Broadway Ave.
Braselton, GA 30517

Amsan
PO Box 404468
Atlanta, GA 30384-4468

Apple Bank
4519 13th Avenue
Brooklyn, NY 11219

AT&T
P.O. Box 105262
Atlanta, GA 30348

Avery Dennison
15178 Collections Center Drive
Chicago, IL 60693

BeModa LLC
11125 Knott Ave, Suite F
Cypress, CA 90630

Best Silver, Inc.
1220 Broadway, Suite 205
New York, NY 10001

Bill Scott Drywall, Inc.
3340 NW 66th Street
Fort Lauderdale, FL 33309

Brink's Inc.
PO Box 651696
Charlotte, NC 28265

Brody & Associates, P.A.
One Turnberry Place
19495 Biscayne Blvd., #850
Miami, FL 33180


Broward County Tax
PO Box 29009
Fort Lauderdale, FL 33302-9009


C.R. Time Company
431 Isom Road, Suite 109
San Antonio, TX 78216


Charles Winston Luxury Group, LLC
3301 N. 29th Ave
Hollywood, FL 33020


Choon Jewelry Co., Ltd.
23/22-25, 23/42-43 Mu 6 Soi
Sinneramit Mubaan Sethakij
Bangkok  10160 THAILAND


City of Hollywood
Utility Bill Processing Center
PO Box 229187
Hollywood, FL 33022-9187


Comerica Bank
500 Woodward Ave
Detroit, MI 48226


Comerica Commerical Card Services
PO Box 551669
Detroit, MI 48255


CPGA, LLC. -R7
1623 Allesandro Street
Dmitry
Los Angeles, CA 90026


Crystal Electronic
7th Floor, Chung Shun KNitting
1-3 Wing Yip Street
Kwai Chung, HONG KONG

```
D.N.C. Industrial Corp., Ltd.
Ying Sheng Metal & Plastic Pro
#10 Huasheng Rd., Dalang Village
Shen Zhen, 518109 CHINA


Data2 Corporation
PO Box 790379
Saint Louis, MO 63179


David Koss
160 South Island
Golden Beach, FL 33160


Devcon Security Service
PO Box 538675
Atlanta, GA 30353-8675


Devcon Security Service
3880 N. 28th Terrace
Hollywood, FL 33020


Dinsmore & Shohl, LLP
255 East Fifth Street, Suite 1900
Cincinnati, OH 45202


Double J. Custom Brokers
PO Box 822098
Pembroke Pines, FL 33028


Elena Koss
160 South Island
Golden Beach, FL 33160


Eric Potter Clarkson
Park View House
58 The Ropewalk
Nottingham, UK  NG15DD UNITED KINGDOM


F & K LLC
3301 North 29th Ave
Hollywood, FL 33020


Fantasy S.R.L.
Via Aldo Moro, 27/29
52010 Capolona (Arezzo) ITALY
```

Federal Express
PO Box 660481
Dallas, TX 75266


FedEx National LTL
P.O. Box 95001
Lakeland, FL 33804


Florida Department of Revenue
5050 W. Tennessee Street
Tallahassee, FL 32399-0135


Florida Power & Light Company
General Mail Facility
Miami, FL 33188


Fuller Box Company
150 Chestnut Street
PO Box 9
North Attleboro, MA 02761


Gilbert Displays, Inc.
110 Spagnoli Road
Melville, NY 11747


Gli Ori Di Venezia
Via Manin, 60 Via Rampa
Cavalcia 26/A Int 6
Mestre/Venezia 30172 ITALY


Gordon C. & Co., Ltd.
Unit 1101-2&, 11/F Tower II
Metroplaza No. 223 Hing Fong Road
Kwai Chung, NT   HONG KONG


Gowling Laffeur Henderson LLP
160 Elgin Street, Suite 2600
Ottawa, Ontario K1P 1C3 CANADA


Grand Talent Ltd.
Units A&B, 17/F, Golden Sun Center
59-67 Bonham Strand West
Sheung Wan, HONG KONG

Hovon Watch and Jewelery Co., Ltd.
A8 & A10, 2/F, Blk A., Tonic Indus. Ctr.
26 Kai Cheung Road
Kowloon Bay, Kowloon, HONG KONG


Hua Liang Jewelry Co., Ltd.
Add: 2007 Room of No. 189
Dai He Road (Hui Cheng Garden)
Liwan Guangzhou, CHINA


Impenco LTEE, Ltd.
240 Guizot Street, West
Montreal, Quebec H2P 1L5  CANADA


Jade International (Far East) Ltd.
Unit B 10/F Park Avenue Tower
5 Moreton Terrace
Causeway Bay HONG KONG


JBK Trading, Inc.
228 Fairmont Way
Fort Lauderdale, FL 33326


JK Findings
1500 Brighton Henrietta Town Line Road
Rochester, NY 14623


JKW LLC
620 McCully Street, #705
Honolulu, HI 96826


Key Equipment Finance
PO Box 74713
Cleveland, OH 44194-0796


Key Equipment Finance
11030 Circle Point Road, 2nd Floor
Westminster, CO 80020


Kingstone
10 West 46th Street, 8th Floor
New York, NY 10036

L.A. Times Trading Inc.
1335 S. Hill Street
Los Angeles, CA 90015


LAU International, Inc.
36 NE First Street, Suite 438
Miami, FL 33132


Law Offices of Gable & Heidt
South Tower, Suite 735
4000 Hollywood Blvd.
Hollywood, FL 33021-6755


Lexus Financial Services
PO Box 17187
Baltimore, MD 21297-0511


Linea Italia Silver & Gold
S.S. Pasubio 159/161
36030
CostaBissara, Vicenza ITALY


LP Watch Group, Inc.
3301 N. 29th Ave
Hollywood, FL 33020


M & T Credit Services, LLC
PO Box 62176
Baltimore, MD 21264


MALCA-AMIT
36 N.E. 1st Street, Suite 402
Miami, FL 33132


Malin, Haley & Dimaggio, P.A.
1936 South Andrews Ave.
Fort Lauderdale, FL 33316


Mallah Furman
8211 W. Broward Blvd., Suite 340
Fort Lauderdale, FL 33324


Michelle Lowe
3301 N. 29th Ave
Hollywood, FL 33020

National Chain Group
55 Access Road
Warwick, RI 02886


Neil Mergler
15431 SW 14th Street
Sunrise, FL 33326


Office Depot Credit Plan
P.O BOX 689020
Des Moines, IA 50368-9020


Orkin Pest Control
PO Box 22780
Fort Lauderdale, FL 33335


Paxta Trading Co., Ltd.
Unit 8-12, 30/F., Cable TV Tower
No. 9, Hoi Shing Road
Tsuen Wan, NT HONG KONG


Personally Yours Staffing
PO Box 267085
Fort Lauderdale, FL 33326


PIP Printing
5303 NW 35th Terrace
Fort Lauderdale, FL 33309


Plante & Moran, PLLC
27400 Northwest Highway
PO Box 307
Southfield, MI 48037-0307


Planway Limited
Flat D, 16/F, Gee Chang Hong C
65 Wong Chuk Hang Road
Aberdeen, HONG KONG


Providence Chain Company
PO Box 845035
Boston, MA 02284-5035

Pt. King Halim Jewelry
Ji Tidar 48-52 Surabaya
Ngoro Industi Persada KAV P1
Mojokerto, 61385 INDONESIA


Rachlin LLP
One Southeast Third, 10th Floor
Miami, FL 33131


Reamirra S.R.L.
Mod. N. 115 Edificio Smeraldo
Marcianise, Caserta   ITALY


Riverside Paper Co.
PO Box 133650
Hialeah, FL 33013


Sanghavi
550 S. Hill Street, #1070
Los Angeles, CA 90013


Sheldon Gittleson, CPA, PA
1100 N.E. 163rd Street, Suite 401
Miami, FL 33162


Shenzhen Zhanyuan Industry Co. Ltd.
Room 631, Shenzhen Int'l Cultural Bldg.
3039 Shennan Zhong Road
Shenzhen, 518033 CHINA


Siemens Building
10111 Business Drive
Miramar, FL 33025


Snelling Staffing
PO Box 1159
Eatontown, NJ 07724


Sol Friedman
3301 North 29th Avenue
Hollywood, FL 33020


STG Computer
1 East Broward Blvd., Suite 700
Fort Lauderdale, FL 33301

STS Telecom
PO Box 822270
Pembroke Pines, FL 33082


Sy Kessler Sales Inc.
10455 Olympic Drive
Dallas, TX 75220


The JCK Show--Las Vegas 2011
c/o Reed Exhibitions
PO Box 7247-7585
Philadelphia, PA 19170


Thermal Concepts
2201 College Avenue
Davie, FL 33317


Tricia Sadd
1190 Seminole Drive
Fort Lauderdale, FL 33304


UPS
P.O. BOX 7247-0244
Philadelphia, PA 19170


UPS Supply Chain Solutions
Attn: Customs Brokerage Services
PO Box 34486
Louisville, KY 40232


Verizon Wireless
PO Box 660108
Dallas, TX 75266-0108


Waste Management
PO Box 105453
Atlanta, GA 30348-5453


Waste Management
3757 Coral Tree Circle
Coconut Creek, FL 33073


Waste Service of Florida
3840 NW 37th Court
Miami, FL 33135

Wells Fargo Financial
PO Box 6434
Carol Stream, IL 60197-6434


Wells Fargo Financial Leasing
PO Box 6434
Carol Stream, IL 60197-6434


Weston Capital Quest
PO Box 267175
Weston, FL 33326


Willis of New York, Inc.
1040 Avenue of the Americas, 21st Floor
New York, NY 10018


Wittlin, Dry & Dry, CPA'S, P.A.
8411 W. Oakland Park Blvd.
Sunrise, FL 33351


Wood Business Products
5350 NW 35th Terrace, Suite 101
Fort Lauderdale, FL 33309


Xinbin Pearl Co., Ltd.
GA No. 6 Liwan Plaza
Guangzhou, CHINA


Zhangjiagang City Daking Jewellery
No. 18 Jianghai Road South
Nansha, Zhangjiagang
Jiangsu, 215632 CHINA